UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-00016-MOC-DSC

| | |
|---|---|
| **RUTH HECKMAN** <br> **MIRANDA RUSSELL,** | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| Vs. | )       ORDER <br> ) |
| **ROBERT NEAL HATFIELD,** | ) <br> ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Motion to Dismiss pursuant to Rule 12(b)(6). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss pursuant to Rule 12(b)(6) (#8) is **DENIED**.

Defendant shall Answer the Complaint within 14 days.

Signed: September 5, 2017

*[Signature]*
Max O. Cogburn Jr.
United States District Judge

-1-