IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| MIRANDA RUSSELL and RUTH HECKMAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 5:17-cv-00016-MOC-DSC |
| ROBERT HATFIELD | ) ) | |
| Defendant. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 5:17-cv-00121 |
| ROBERT NEAL HATFIELD, | ) ) | |
| Defendant. | ) ) | |

## **SCHEDULING ORDER**

Pursuant to the Parties' Joint Motion for Entry of Amended Scheduling Order, and for good cause shown, the Court hereby sets the following schedule:

1. Discovery completion: November 21, 2018

2. Expert reports: Plaintiffs – August 27, 2018

3. Expert reports: Defendant – October 25, 2018

4. Mediation: December 4, 2018

1

5. Dispositive Motions: December 20, 2018

6. Ready date for trial: May 1, 2019

SO ORDERED.

Signed: June 18, 2018

David S. Cayer
United States Magistrate Judge