IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| MIRANDA RUSSELL and RUTH HECKMAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 5:17-cv-00016-MOC-DSC |
| ROBERT HATFIELD, | ) ) ) | |
| Defendant. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 5:17-cv-00121 |
| ROBERT NEAL HATFIELD, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the United States' Motion to Compel A+ Tax Solutions, Inc. to Produce Documents, it is hereby:

ORDERED that A+ Tax Solutions shall promptly produce all documents in its possession, custody, or control, that are responsive to the United States' Subpoena dated August 10, 2018.

**SO ORDERED**.

Signed: September 3, 2018

_____
David S. Cayer
United States Magistrate Judge