IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MIRANDA RUSSELL and RUTH HECKMAN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil No. 5:17-cv-00016-MOC-DSC |
| ROBERT HATFIELD, | )<br>)<br>) |
| Defendant. | )<br>) |
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 5:17-cv-00121 |
| ROBERT NEAL HATFIELD, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

Pursuant to the United States' Unopposed Motion for a Stay of the Entire Case in Light of Lapse of Appropriations, the Court hereby orders as follows:

**ORDERED** that the entire above-captioned case is stayed until the Court receives notice from the United States that Congress has restored appropriations to the U.S. Department of Justice; and

**FURTHER ORDERED** that upon the lifting of this stay, all current litigation deadlines for the parties shall be extended commensurate with the duration of the lapse in appropriations.

**SO ORDERED**    Signed: December 27, 2018

_____
David S. Cayer
United States Magistrate Judge