IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| MIRANDA RUSSELL and RUTH HECKMAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 5:17-cv-00016-MOC-DSC |
| ROBERT HATFIELD | ) ) ) | |
| Defendant. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 5:17-cv-00121 |
| ROBERT NEAL HATFIELD, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

**THIS MATTER** is before the Court on the United States' "Motion to Lift Stay Entered on December 27, 2018" (document #49). For the reasons stated therein, the Motion is granted. The stay is lifted. The mediation deadline is extended to February 12, 2019, and the dispositive motions deadline is extended to February 22, 2019.

**SO ORDERED**

Signed: January 29, 2019

_____
David S. Cayer
United States Magistrate Judge