IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| MIRANDA RUSSELL and<br>RUTH HECKMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HATFIELD<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 5:17-cv-00016 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT NEAL HATFIELD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 5:17-cv-00121 |

## ORDER

**THIS MATTER** is before the Court on the Parties' "Notice of Settlement Agreement and Joint Motion to Stay Proceedings" (document #59). For the reasons stated therein, the Motion is <u>granted</u>. The case of *United States of America v. Robert Neal Hatfield*, Civil No. 5:17-cv-00121, is hereby stayed. Within thirty days, the Parties shall file a motion to dismiss this action or otherwise notify the Court of the status of their agreement.

**SO ORDERED.**

Signed: March 26, 2019

David S. Cayer
United States Magistrate Judge