IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| MIRANDA RUSSELL and <br> RUTH HECKMAN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) | Civil No. 5:17-cv-00016-MOC-DSC |
| ROBERT HATFIELD | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) | Civil No. 5:17-cv-00121-MOC-DSC |
| ROBERT NEAL HATFIELD, | ) <br> ) <br> ) | |
| Defendant. | ) | |

## **ORDER**

**THIS MATTER** is before the Court on the Parties' "Joint Motion to Dismiss Pursuant to Rule 41(a)(2)." (Doc. No. 62). The Parties agree that the case captioned *United States of America v. Robert Neal Hatfield*, Civil No. 5:17-cv-00121, has been settled and that the Settlement Agreement (Doc. No. 62-1) fully resolves the claims in the United States' Complaint against the Defendant. Case No. 5:17cv121 is consolidated with Case No. 5:17cv16, and the Court has ordered that all pleadings are to be electronically filed in Case No. 5:17cv16.

The Parties request in their motion that Civil No. 5:17-cv-00121 be dismissed with prejudice and that the Court retain jurisdiction to enforce the terms of their settlement agreement. The parties have further advised the Court that, in the consolidated case, Case No. 5:17cv16, Plaintiff

1

Ruth Heckman has represented to the parties that she will move separately to have her pending action, Case No. 5:17cv16, dismissed with prejudice. For the reasons stated in the Parties' Motion, the Court finds that the proposed dismissal is proper under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED:**

1. With the consent of the Parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the Parties' settlement agreement (Doc. No. 62-1) through April 12, 2024.

2. Except as provided for in Paragraph 1, the case captioned *United States of America v. Robert Neal Hatfield*, Civil No. 5:17-cv-00121, is dismissed with prejudice.

3. The Clerk advises the Clerk's office that although this Order closes Case No. 5:17cv121, Case No. 5:17cv16 shall remain open. The Clerk is respectfully instructed to file this Order in both 5:17cv16 and 5:17cv121.

Signed: April 26, 2019

Max O. Cogburn Jr.
United States District Judge