UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-16-MOC-DSC

| | |
|---|---|
| RUTH HECKMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| ROBERT NEAL HATFIELD, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on its own motion to update the status of this action, which is currently set on this Court's trial calendar for June 17, 2019. In the related case, 5:17cv121, the parties have filed a voluntary dismissal. The Court notes that, in that case, Plaintiff Ruth Heckman indicated that she intended to move separately for dismissal.

Plaintiff Ruth Heckman shall have ten (10) days in which to either notify the Court of the status of the case or to file a motion for dismissal.

**IT IS SO ORDERED**.

Signed: May 24, 2019

Max O. Cogburn Jr.
United States District Judge

1